UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

Frankel Sunnevent, pro se
        Petitioner

-v-

Immigration and Naturalization
Service, Department of Homeland
Security and Attorney General
John Aschecroft
        Respondent's

Declaration in
Support
of Request
to Proceed
(In Forma
Pauperis)

CA 04-30253

---

I, declare that I am the Petitioner in the above entitled case; that in support of my Motion to Proceed without being required to pre-pay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. I am not currently employed.

2. I have received no money from any equitable sources in the last twelve (12) months.

3. I have no cash nor savings or checking accounts.

4. I own no property, stocks, bonds, cars or valuable property.

5. I have no one dependent on me for support.

Executed on the 6th day of December, 2004 by, *F Sunnevent*

*F Sunnevent*
Respectfully Submitted,

Frankel Sunnevent, pro se

## **CERTIFICATE**

I hereby certify that Frankel Sunnevent, the Petitioner herein has the sum of $ **1.02** , on account to his credit at the Franklin County House of Corrections, where he is currently confined. I further certify that Frankel Sunnevent, the Petitioner likewise has the following securities to his credit according to the records of the Franklin County House of Corrections, **0** .

*[signature]*
Authorized Officer of the Institution