```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

FRANKEL SUNEVENT,            )
                             )
        Petitioner,          )
                             )   C.A. No. 04-30253-MAP
        v.                   )
                             )
FORBES BYRON,                )
                             )
        Respondent.          )

                         PROCEDURAL ORDER

PONSOR, District Judge

On December 14, 2004, petitioner Frankel Sunevent, an immigration detainee currently confined at the Franklin County Correctional Facility in Greenfield, Massachusetts, filed a petition for habeas relief under 28 U.S.C. § 2254. The Court will address the merits of Sunevent's petition in a separate order. This order is for the sole purposes of making adjustments to the docket of this case.

(1) The typed caption of the pleading entitled "Petition Pursuant to § 2254" (docket #2) spells the petitioner's last name "Sunnevent," but the petitioner has signed his name "Sunevent." In the papers attached to the § 2254 petition, the petitioner has signed his name "Sunevent" and all references to him in those documents use the name "Sunevent." I thus conclude that the petitioner intends for his last name to be spelled "Sunevent." The Clerk shall change the docket to reflect that the last name of the petitioner is "Sunevent."

(2) Among the respondents named by Sunevent, only Forbes

Byron, a Special Sheriff of Franklin County and the superintendent of the Franklin County House of Corrections, is a proper respondent. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. As the individual having day-to-day control over the facility in which Sunevent is detained, Byron is Sunevent's legal custodian. Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000); see also Mass. Gen. Laws ch. 126, § 16 (sheriff shall have custody and control of the jails in his county.... and shall be responsible for them). The Clerk shall correct the case caption to reflect that Byron is the only respondent in this action.

SO ORDERED.

Dated at Springfield, Massachusetts, this 29th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE