UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKEL SUNEVENT,
        Petitioner

v.                        CIVIL ACTION: 04-30253-MAP

FORBES BYRON,
        Respondent(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT OF DISMISSAL entered pursuant to the Memorandum and Order of the Court entered on March 29, 2005, dismissing the Petitioner's petition for writ of habeas corpus relief.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated: <u>MARCH 30, 2005</u>                By  <u>/s/ Mary Finn</u>
                                                      Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                             [jgm.]